# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **COURTNEY M. SMITH, AIS# 181090,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:24-cv-38-TFM-N** |
| | ) | |
| **DAVID JONES, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM OPINION AND ORDER

On February 23, 2026, the Magistrate Judge entered a report and recommendation which recommends the Defendants' Motion to Dismiss (Doc. 45, filed 7/23/25) be granted in part and denied in part.  *See* Doc. 58.  No objections were filed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Motion to Dismiss (Doc. 45) is **GRANTED in part** and **DENIED in part**.  The motion is granted in that Smith's § 1983 claims for monetary damages against the Defendants in their official capacities are dismissed without prejudice under Fed. R. Civ. P. 12(b)(1).  The motion is otherwise denied.  References to the Eighth Amendment are stricken under Fed. R. Civ. P. 12(f).

This case is **REFERRED BACK** to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this 17th day of March, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE